**INITIAL APPEARANCE MINUTES:**

Time set:     2:30
Start Time:   2:32 - 2:35
End Time:     2:41 - 2:44

Split Time    (   )

Date:                  4/8/22
Presiding Judge:       Douglas E. Miller, USMJ
Courtroom Deputy:      L. Woodcock
Reporter:              FTR
U.S. Attorney:         Bill Muhr
Defense Counsel:
(   ) Retained (   )  Court appointed (   ) AFPD
Interpreter:           _____

Case Number: 2:22mj84
USA v. Patrick Tate Adamiak

( X ) Deft. Present ( X ) custody (   ) not in custody
( X ) Initial Appearance   (   ) Indictment  (   ) Probation Violation Petition (   ) Supervised Release Petition
        (   ) Criminal Information  (   ) Rule 5 arrest  (   ) Rule 32 arrest ( X ) Criminal Complaint
(   ) Defendant consented to video proceedings. Order entered and filed
( X ) Deft. advised of rights, charges and right to counsel
( X ) Counsel desired (   ) Defendant to retain: _____
(   ) Oral admonition as required by DPPA given to the prosecutor
(   ) Defendant's motion to substitute counsel
(   ) Order to substitute counsel executed and filed in open court
( X ) Financial Affidavit filed in open Court
( X ) Court (   ) Directed  ( X ) Denied  appointment of counsel
(   ) _____, AFPD present. FPD appointed in open court
(   ) Court directed defendant to reimburse govt. at rate of  $_____ per month. Payments to begin and
        continue each month thereafter until paid in full.
(   ) Defendant waived (   ) Removal (   ) Preliminary hearing (In this District only)
(   ) Defendant executed Waiver of Removal Hearing (   ) Waiver of Identity Hearing (In this District only)
(   ) Waiver of Detention Hearing (In this District only)
(   ) Commitment to Another District entered and filed in open court
(   ) (X) Preliminary (   ) Removal Hearing set for __4-13-22__ at _2:00_ before
        __DEM__ U.S. Magistrate Judge in __Mag 2__.
(   ) Preliminary Hearing          (   ) Held (   ) Waived. (   ) Defendant stipulated to probable cause
(   ) Court finds probable cause (   ) Defendant held for Grand Jury (   ) Defendant remanded to custody of
        U.S. Marshal for removal to charging district
( X ) Government motion for Detention (   ) Government not seeking detention
(   ) Government motion to withdraw motion for detention and set bond (   ) Granted  DEM  (   ) Denied
( X ) Detention Hearing scheduled for _4-13-22_ at _2:00_ before __DEM__.
(   ) Detention Hearing (   ) Held (   ) Waived in _____.
( X ) Temporary Detention Order entered and filed (   ) Detention Ordered Pending Trial
(   ) Bond set at $ _____
(   ) Special Conditions of Release: **(See Page 2)**
( X ) Deft. remanded to custody of U. S. Marshal
( X ) Warrant returned executed and filed in open court
(   ) Defendant is directed to appear on _____ at _____ for
        (   ) Arraignment (   ) SRVH  (   ) PVH (   ) Bench Trial
        (   ) Norfolk (   ) Newport News
(   ) _____
(   ) _____