# UNITED STATES DISTRICT COURT
*EASTERN DISTRICT OF VIRGINIA*

## NORFOLK DIVISION

Tuesday, October 18, 2022

**MINUTES OF PROCEEDINGS IN** ___Open Court___

**PRESENT**: THE HONORABLE Arenda L. Wright Allen, District Judge

Deputy Clerk: Lorraine Howard          Reporter: Paul McManus, OCR

| Set: 10:00 a.m. | Started:  10:00 a.m. | Ended: 4:05  p.m. |
|---|---|---|

| Case No.   2:22cr47 |
|---|
| **United States of America** |
| v. |
| **Patrick Tate Adamiak** |
| (Jury Trial Day #1) |
| William Muhr and Victoria Liu present on behalf of the government. |
| David Good and Lawrence Woodward present on behalf of the defendant. |
| Defendant present and on bond. |
| Matter came on for trial with jury. |
| Petit jurors were sworn, examined on *voir dire* and from said panel came a jury of 16.  Jurors not serving excused. |
| Opening statements of counsel heard. |
| Court adjourned and jurors excused to return tomorrow, 10/19/2020 at 9:00 a.m. |
| |
| |
| |
| |
| Lunch Break: 2:30 p.m. to 3:30 p.m. |
| |