# UNITED STATES DISTRICT COURT
*EASTERN DISTRICT OF VIRGINIA*

## NORFOLK DIVISION

Wednesday, October 19, 2022

**MINUTES OF PROCEEDINGS IN**   Open Court

**PRESENT**: THE HONORABLE Arenda L. Wright Allen, District Judge

Deputy Clerk: Lorraine Howard          Reporter: Paul McManus, OCR

| Set: 9:00 a.m. | Started:  9:00 a.m. | Ended: 4:35  p.m. |
|---|---|---|

| Case No.   2:22cr47 |
|---|
| **United States of America** |
| v. |
| **Patrick Tate Adamiak** |
| (Jury Trial Day #2) |
| William Muhr and Victoria Liu present on behalf of the government. |
| David Good and Lawrence Woodward present on behalf of the defendant. |
| Defendant present and on bond. |
| Matter came on for continuation of trial with jury. |
| Out of the presence of the jury, Court reviewed information provided by Juror #17 and called Juror #17 in for clarification. |
| Evidence presented in part by the government. |
| |
| Court adjourned and jurors excused to return tomorrow, 10/20/2020 at 9:00 a.m. |
| |
| |
| |
| |
| Lunch Break: 1:00 p.m. – 2:00 p.m. |
| |