# UNITED STATES DISTRICT COURT
*EASTERN DISTRICT OF VIRGINIA*

## NORFOLK DIVISION

Thursday, October 20, 2022

**MINUTES OF PROCEEDINGS IN**      Open Court

**PRESENT**: THE HONORABLE Arenda L. Wright Allen, District Judge

Deputy Clerk: Lorraine Howard              Reporter: Paul McManus, OCR

| Set: 9:00 a.m. | Started:  9:00 a.m. | Ended: 3:40 p.m. |
|---|---|---|

| Case No.   2:22cr47 | **United States of America** |
|---|---|

**v.**

**Patrick Tate Adamiak**

(Jury Trial Day #3)

William Muhr and Victoria Liu present on behalf of the government.

David Good and Lawrence Woodward present on behalf of the defendant.

Defendant present and on bond.

Matter came on for continuation of trial with jury.

Out of the presence of the jury, counsel for defendant moved to exclude the introduction of certain exhibits.  Arguments of counsel heard. Court granted defendant's oral motion to exclude.

Continuation of presentation of evidence by the government.

Juror became ill and was released.

Nine stipulations read into the record by the government.

Government rested.

Out of the presence of the jury, Rule 29 Motion by the defendant. Arguments of Counsel heard. Court DENIES motion.

Out of the presence of the jury, Counsel for defendant notified the Court the defendant does not wish to testify.

Out of the presence of the jury, Defendant sworn and Court inquired of defendant's desire to testify.  Defendant declines to testify.

Out of the presence of the jury, the Court and Counsel reviewed the jury instructions.

Court adjourned and jurors excused to return tomorrow, 10/21/2020 at 9:00 a.m.

Lunch Break: 12:40 PM – 1:40 PM