# UNITED STATES DISTRICT COURT
*EASTERN DISTRICT OF VIRGINIA*
**NORFOLK DIVISION**

Friday, October 21, 2022

**MINUTES OF PROCEEDINGS IN**    Open Court

**PRESENT**: THE HONORABLE Arenda L. Wright Allen, District Judge

Deputy Clerk: Lorraine Howard          Reporter: Paul McManus, OCR

| Set: 9:00 a.m. | Started: 9:00 a.m. | Ended: 2:30 p.m. |
|---|---|---|

| Case No.    2:22cr47    **United States of America** |
|---|
| v. |
| **Patrick Tate Adamiak** |
| (Jury Trial Day #4) |
| William Muhr and Victoria Liu present on behalf of the government. |
| David Good and Lawrence Woodward present on behalf of the defendant. |
| Defendant present and on bond. |
| Matter came on for continuation of trial with jury. |
| Out of the presence of the jury, further discussions of jury instructions. |
| Jury received Court's charge. |
| Closing arguments of counsel heard. |
| Jury retired with instructions to begin their deliberations and later returned with a verdict. |
| Verdict read into the record and filed. Jurors excused. |
| Matter continued for pre-sentence report. |
| Sentencing Procedures Order entered and filed. Sentencing set March 31, 2023 at 9:00 a.m. in Norfolk. |
| Copy of order provided to the Defendant. |
| After argument heard by counsel, Court ordered defendant to be remanded. |
| Government to retrieve all physical evidence. |
| Counsel for defendant renewed Rule 29 Motion. Court DENIED. |
| (Witness and Exhibit Lists attached) |
| Lunch Break:  1:00 PM – 2:00 PM |