# UNITED STATES DISTRICT COURT
## *EASTERN DISTRICT OF VIRGINIA*
### Norfolk Division

United States of America

      V.

Patrick Tate Adamiak
DEFENDANT

**Case Number: 2:22cr47**

| PRESIDING JUDGE<br>Arenda L. Wright Allen | COURTROOM DEPUTY<br>Lorraine Howard | COURT REPORTER<br>Paul McManus, OCR |
|---|---|---|
| TRIAL DATES<br>10/18/2022 – 10/21/2022 | GOVERNMENT ATTORNEYS<br>William Muhr<br>Victoria Lui | DEFENDANT'S ATTORNEY<br>David Good<br>Lawrence Woodward |

| GOV | DFT | DATE APPEARED | *WITNESSES* |
|---|---|---|---|
| X | | 10-19-2022 | William Hairston, ATF Special Agent |
| X | | 10-19-2022 | Gregory Pruess |
| X | | 10-19-2022 | Ronald Davis, ATF, Firearms Enforcement Officer |
| X | | 10-20-2022 | Jeffrey Bodell, ATF, Firearms Enforcement Officer |
| X | | 10-20-2022 | Christopher Schramm, DOA Arms, Operations Manager |
| X | | 10-20-2022 | Master Chief Clayton Alek-Finkelman, US Navy |