UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION



FILED

OCT 2 5 2022

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA,

v.

Criminal No. 2:22cr47

PATRICK TATE ADAMIAK,

Defendant.

## ORDER

The jurors in the above entitled case having been sequestered on Friday, October 21,

2022, **IT IS SO ORDERED** that the United States Marshal furnish them meals at the expense of

the United States, submitting the bill to the Clerk of this Court for payment.

/s/
Arenda L. Wright Allen
United States District Judge

_____October 21, 2022_____
Date

Arenda L. Wright Allen
UNITED STATES DISTRICT JUDGE