Stephanie Buzzell
1684 Brushy Mountain Rd
East Stroudsburg, PA 18302
570-223-3153

March 10, 2023
To: Honorable Arenda L. Wright Allen
From: Stephanie Buzzell
Re: United States Navy Sailor Patrick "Tate" Adamiak

Dear Honorable Judge Allen,

My name is Stephanie Buzzell and I'm writing this Character Witness Statement on behalf of Patrick "Tate" Adamiak. I have been in a close relationship with Matthew Adamiak (Tate's older brother) since 2013 and have known Tate for just as long. The charges against Tate have been brought to my attention and have prompted me to write this letter.

The first thing I noticed when I met Patrick "Tate" Adamiak 10 years ago was how proud he was to be in the Navy serving his country. He was 18 years old and already on his way to achieving his dream, becoming a Navy Seal. The life-long commitment required to accomplish this respectable feat did not stop him, nor did the pain of being separated indefinitely from his family, friends, girlfriend, and loving pets.

Tate's life was the Navy. He left his home and everything he knew behind to serve this country. He put his own life in danger to protect others because that's the kind of person he is. Tate is selfless, brave, and most of all, honest. This young man is someone to be looked up to and thanked for doing what only a few are willing to do, risking his life to protect the country he loves.

If there's one thing Patrick "Tate" Adamiak deserves, it's to be seen for the hero he is. Even while far away, he made sure his girlfriend back home was taken care of and had hopes of one day getting married and having kids. He even had further dreams of life after the Navy where he'd run his own military museum displaying collected fragments of United States history.

This man willingly signed up to protect the citizens of his country from danger and he should not be punished because of faulty charges. Tate fought for our freedom and has now had his own taken away, along with his career, dreams, and any chance of having a family of his own. These charges are based on mistaken perception of an innocent man collecting and displaying his love for what he does. Thank you for your time and for considering who this caring hero really is.

Sincerely,

*Stephanie Buzzell*

Stephanie Buzzell
570-223-3153