9ev. 02/2006

## COURTROOM MINUTES OF CRIMINAL PROCEEDINGS
Norfolk/Newport News Division

## SENTENCING MINUTES

Set:_____9:00 a.m._____          Date:_____June 13, 2023_____
Started: 9:05 a.m._____          Judge:_____Arenda Wright Allen_____
Ended:_2:50 p.m._____            Court Reporter:_____Michelle Maar_____
                                    U.S. Attorney:_____Victoria Liu_____
                                    Defense Counsel:_David Good/Lawrence Woodward_
                                    Courtroom Deputy:__Lorraine Howard_____
                                    Probation Officer:_____Joshua Coleman_____

Case No._____2:22cr47_____
Defendant:___Patrick Tate Adamiak_____          (X ) in custody  ( ) on bond

 X    Came on for disposition.    X  Defendant sworn.      ___ Interpreter sworn

 X    Jury found defendant GUILTY as to Counts _____1-5____.

 X   Presentence Report reviewed.    X  Objections heard and rulings made.

 X    Court adopts PSR for the purpose of establishing the advisory guidelines.

 X   Evidence presented. (Witnesses sworn and listed on last page)

 X   Arguments of counsel heard. X   Statement of defendant heard.

## IMPRISONMENT:
SENTENCE: Counts __1 - 5__: The defendant shall be committed to the custody of the BOP to be imprisoned for a total term of __240__ months. The term consists of __120____ months on count __1__ and __120____ months on count __2__ to be served consecutively.  The term also consists of __120____ months on count __3__, __120____ months on Count 4, and __120 months on count 5, to be served concurrently to all other counts.

 X    The defendant is remanded to the custody of the U.S. Marshal.

____ The defendant shall surrender for service of the sentence at the institution designated by the BOP/U.S. Marshal before _____ on _____, as notified by the U.S. Marshal.

____ If defendant is unable to arrange transportation to the designated institution, the United States Marshal will arrange transportation for the defendant.

____ If the defendant is not notified by the United States Marshal of the institution designated, the defendant shall report to the United States Marshal at 600 Granby Street, Norfolk, VA, by _____ on _____ _____, to begin service of the sentence.

## PROBATION:
____ The defendant shall be placed on probation for a term of ___ years.

## SUPERVISED RELEASE:

__X__  Upon release from imprisonment, the defendant shall be on supervised release for a term of __3__ years.  This term consists of _____3_ years on count ___1__, __3___ years on count __2___, __3_ years on count _3__, _3__ years on count 4_____  and _3__ years on count 5_____, all to run concurrently.

____  The Court will not impose a term of supervised release as it is not required by statute and the defendant is a deportable alien who likely will be deported after imprisonment.

## Standard Conditions of Supervised/Probation:

The defendant shall report in person to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

While on supervised release, the defendant shall not commit another federal, state, or local crime.

While on supervised release, the defendant shall not illegally possess a controlled substance.

While on supervised release, the defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

## FINANCIAL PENALTIES

## SPECIAL ASSESSMENT:

 X  As to count  1 , the defendant shall pay a special assessment in the amount of  $100.00    .

 X  As to count  2 , the defendant shall pay a special assessment in the amount of  $100.00    .

 X  As to count  3 , the defendant shall pay a special assessment in the amount of  $100.00    .

 X  As to count  4 , the defendant shall pay a special assessment in the amount of  $100.00   .

 X  As to count  5 , the defendant shall pay a special assessment in the amount of  $100.00    .

The total special assessment due is    $500.00        and shall be due in full immediately.

## FINE:
 X   No fine imposed
___   Court finds defendant is unable to pay fine.

___   The defendant shall pay a fine in the amount of $_____.

## RESTITUTION:

 X   No restitution imposed.

___  The defendant shall make restitution in the amount of $_____.

___  Restitution Judgment Order, entered and filed in open court.

## SCHEDULE OF PAYMENTS:

 X   The special assessment shall be due in full immediately.

 X   Any special assessment payments may be subject to penalties for default and delinquency.

 X   Nothing in the Court's order shall prohibit the collection of any judgment by the United States.

 X    Since this judgment imposes a period of imprisonment, payment of Criminal Monetary penalties shall be due during the period of imprisonment.  All criminal monetary penalty payments are to be made to the Clerk, United States District Court, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program.

 X    The defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until the special assessment imposed by this judgment is fully paid.

 X   The defendant notified of right of appeal.

___ Court noted that defendant waived right of appeal in plea agreement.

___ The defendant is continued on present bond and cautioned re bail jumping.

X___  Court recommends incarceration at

      X   a facility as close to the Tidewater Virginia area as possible.
     ____ a facility with a Residential Drug Abuse Program (RDAP) when and if defendant qualifies.

      X   a facility with vocational and educational opportunities

     ___ a facility that will provide a mental health evaluation, diagnosis and treatment as needed.

     ___ a facility that will provide anger management treatment.

 X   Consent Order of Forfeiture entered on March 28, 2023.

**WITNESS LIST:**
G- Clayton Alek-Finkelman
G- Jeff Bodell
G- Williams Hairston
D- Daniel OKelley