IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

*Norfolk Division*

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 2:22-CR-47 |
| | ) |
| PATRICK TATE ADAMIAK, | ) |
| | ) |
| Defendant. | ) |

**DISMISSAL OF INDICTMENT PURSUANT TO RULE 48(a)**

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States of America hereby moves for dismissal of the initial felony indictment (ECF No. 15) against this defendant.

Jessica D. Aber
UNITED STATES ATTORNEY

By: /s/ Victoria Liu
Victoria Liu
Special Assistant United States Attorney
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA 23510
Office number: 757-441-6331
Fax number: 757-441-6689
Email address: victoria.liu@usdoj.gov